HARRY RICH, Appellant, *v.* SALVATORE MINOLFI, Respondent.

*Rich* v. *Minolfi,* 157 App. Div. 783, affirmed.

(Argued May 7, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1913, upon an order reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover damages for breach of an alleged warranty in the sale by the defendant to plaintiff's assignor of 300 quintals of Italian black-eyed beans. Defendant contended that there was no expressed warranty; that the contract was executory; that there was an acceptance of the goods by plaintiff's assignor; that, in the absence of an expressed warranty, the right of plaintiff's assignor to sue in damages did not survive his acceptance, and that the contract was to be performed in Italy and the right to sue for any breach thereof is governed by the laws of Italy.

*Jacob J. Lesser* for appellant.

*Frank Wasserman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.